**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INTERVISION SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01744 CMS |
| | ) | |
| BRIDGETOWER US, INC. D/B/A | ) | |
| BRIDGETOWER CAPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The Court having been fully advised of the issues in Plaintiff's Motion to Vacate Entry of Default (Doc. 10), finds that there is good cause under Federal Rule of Civil Procedure 55(c) to set aside the Entry of Default. The Court GRANTS the Motion and orders as follows.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Vacate Entry of Clerk's Default against Defendant (Doc. 10) is GRANTED. The Entry of Clerk's Default (Doc. 8) is VACATED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time is GRANTED. Given that Defendant filed its Answer to the Complaint on February 19, 2026 (Doc. 11), the Court GRANTS the requested extension until February 19, 2026.

**IT IS FINALLY ORDERED** that pursuant to the parties' stipulation, Defendant has waived any defenses relating to service or process of the Summons and Complaint.

All rights, claims, and defenses of the parties are fully preserved except as specifically set

forth in this Order.

Dated this 24th day of February, 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE