UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INTERVISION SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01744-CMS |
| | ) | |
| BRIDGETOWER US, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: ______________. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

[X] An ADR conference was held on: August 17, 2026.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

______________________________________________________________.

The ADR referral was concluded on August 17, 2026.
The parties [☒ did ☐ did not] achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: August 21, 2026 Neutral: Booker T. Shaw

SHAW, BOOKER T.
Signature